IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Katherine Mary Windler – #158899

_____/

No. C 13-80186 WHA

**ORDER OF SUSPENSION**

    Because Katherine Windler has failed to respond to the order to show cause, Ms. Windler's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

    _____
    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE